## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN S. NOONAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 09-CA-1160.5-WGY |
| v. | ) |
| | ) |
| STAPLES, INC. and JAY G. BAITLER, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

### NOTICE OF APPEARANCE OF LYNN A. KAPPELMAN

Please enter the appearance of Lynn A. Kappelman as counsel for Defendant, Staples,

Inc. and Jay G. Baitler in the above-referenced matter.

Respectfully submitted,

STAPLES, INC. and JAY G. BAITLER,
By their attorneys,


/s/ Lynn A. Kappelman
Ariel D. Cudkowicz (BBO No. 550577)
Lynn A. Kappelman (BBO No. 642017)
Dawn Reddy Solowey (BBO No. 567757)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801
acudkowicz@seyfarth.com
dsolowey@seyfarth.com
lkappelman@seyfarth.com

Dated: October 1, 2009


BO1 16001084.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 1, 2009.

/s/ Lynn A. Kappelman

-2-

BO1 16001084.1