UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAN S. NOONAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STAPLES, INC. and JAY G. BAITLER,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 09-CA-11605-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT**

　　　　Pursuant to Federal Rule of Civil Procedure 6(b), Defendants hereby move for a 60-day extension of time through and including November 30, 2009, in which to answer, move or otherwise respond to the Complaint.  As grounds for this motion, Defendants state as follows:

　　　　1.　　　The Complaint in this matter was served on or about September 30, 2009.

　　　　2.　　　Defendants seek an extension of time to answer, move, or otherwise respond to the Complaint through and including November 30, 2009, in order to investigate the claims asserted in the Complaint and to prepare their responsive pleading(s).

　　　　3.　　　Plaintiff's counsel, Richard Gelb, has assented to the extension sought by this motion.

　　　　WHEREFORE, Defendants respectfully request that this Court grant an extension of the time in which to serve their response(s) to the Complaint, through and including November 30, 2009.

Respectfully submitted,

STAPLES, INC. and JAY G. BAITLER,
By their attorneys,


/s/ Lynn A. Kappelman
Ariel D. Cudkowicz (BBO No. 550577)
Lynn A. Kappelman (BBO No. 642017)
Dawn Reddy Solowey (BBO No. 567757)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801
acudkowicz@seyfarth.com
lkappelman@seyfarth.com
dsolowey@seyfarth.com


Dated: October 1, 2009

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that the parties conferred in accordance with Local Rule 7.1 and counsel for Plaintiff assented to the relief sought in this motion.

_/s/ Lynn A. Kappelman_____


## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 1, 2009.

/s/ Lynn A. Kappelman