**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____x
                                    :
ALAN S. NOONAN,                     :
                                    :
          Plaintiff,                :
                                    :
                                    :     CIVIL ACTION NO. 09-CA-11605-WGY
v.                                  :
                                    :
                                    :
                                    :
STAPLES, INC. AND JAY G. BAITLER,   :
                                    :
          Defendants.               :
                                    :
_____x
```

## PLAINTIFF'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(B), plaintiff Alan S. Noonan ("Noonan") has instructed his counsel to move this Honorable Court for entry of an order dismissing the above-captioned action against defendants Staples, Inc. ("Staples") and Jay G. Baitler ("Baitler") (collectively, "Defendants") for the following reasons:

1. Noonan was contacted by a current employee of Staples ("the Employee") who was aware of Noonan's lawsuit against Staples stemming from an email Baitler had disseminated in January 2006 concerning Noonan.

2. In September 2009, Baitler conducted a telephone conference during which he made comments about Noonan. A participant in the telephone conference transmitted an email within Staples relating Baitler's comments. Also in September 2009, Noonan became aware of these events through a conversation with the Employee.

3.  Noonan recently spoke with the Employee who expressed a concern that Staples might retaliate against the person who provided the above information to Noonan.

4.  Although discovery in the above-captioned action has been stayed by the Court, based on the pleading that have been filed by Staples, Noonan knows that Staples intends to press for the identity of the employee.

5.  Based on the substance and tone of the Defendants' pleadings seeking the Employee's identity, Noonan has chosen on his own volition not to pursue the above-captioned action in order to protect the Employee's career.

**WHEREFORE**, Noonan respectfully requests that this Honorable Court enter an order dismissing the above-captioned action.

**PLAINTIFF ALAN S. NOONAN**

By his attorneys,

 /s/ Daniel K. Gelb
Richard M. Gelb (BBO# 188240)
rgelb@gelbgelb.com
Daniel K. Gelb (BBO # 659703)
dgelb@gelbgelb.com
Stamenia (Stephanie) Tzouganatos (BBO# 661509)
stzouganatos@gelbgelb.com
**GELB & GELB LLP**
84 State Street, 4th Floor
Boston, MA  02109
(617) 345-0010 (Telephone)
(617) 345-0009 (Facsimile)

Dated**:** April 10, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 10, 2010.

/s/ Daniel K. Gelb
Daniel K. Gelb